**Quaco T. CLOUTTERBUCK, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 04–3325.**

United States Court of Appeals, Federal Circuit.

Nov. 19, 2004.

ON MOTION

*ORDER*

Upon consideration of the parties' stipulation of dismissal of the petition for review with prejudice pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each party shall bear its own costs.

---

* We note that the parties' requests that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.